UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLSTATE INDEMNITY COMPANY, an
Illinois Corp., ALLSTATE PROPERTY
AND CASUALTY INSURANCE
COMPANY, an Illinois Corp. ,

               Plaintiffs,

    v.

UNA LYONS and JOHN PATRICK
LYONS, husband and wife and the marital
community comprised thereof; KIMBERLY
DIEHL, a single woman,

               Defendants.

CASE NO. 2:17-cv-00511-BAT

**ORDER NOTING MOTION TO
DISMISS**

On October 31, 2018, Counter Defendants Allstate Indemnity Company, Allstate

Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate Property and

Casualty Insurance Company, Plaintiffs Allstate Indemnity Company, Allstate Property and

Casualty Insurance Company (collectively "Allstate") filed a "Notice of Mootness," notifying

the Court that this declaratory judgment action is now moot as the underlying state court case

was tried, a defense verdict was rendered, the case has been dismissed, and no appeal has been

filed. Dkt. 29.

ORDER NOTING MOTION TO DISMISS - 1

1    The Court views Allstate's notice as a motion to dismiss and **directs the Clerk to note**

2    **the motion (Dkt. 29)** on the Court's calendar for consideration as a motion to dismiss with

3    prejudice on **November 23, 2018**.

4        DATED this 1st day of November, 2018.

5

6

7        _____
         BRIAN A. TSUCHIDA
8        Chief United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER NOTING MOTION TO DISMISS - 2