UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois Corp., ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois Corp., <br><br> Plaintiffs, <br><br> v. <br><br> UNA LYONS and JOHN PATRICK LYONS, husband and wife and the marital community comprised thereof; KIMBERLY DIEHL, a single woman, <br><br> Defendants. | CASE NO. 2:17-cv-00511-BAT <br><br> **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

On October 31, 2018, Plaintiffs/Counter Defendants Allstate Indemnity Company and Allstate Property and Casualty Insurance Company (collectively "Allstate") filed a "Notice of Mootness," notifying the Court that this declaratory judgment action is now moot as the underlying state court case was tried, a defense verdict was rendered, the case was dismissed, and no appeal was filed. Dkt. 29. On November 1, 2018, the Court directed the Clerk to note Allstate's notice as a motion to dismiss with prejudice on November 23, 2018. Dkt. 30.

Defendants/Counter Claimants Una Lyons and John Patrick Lyons and Defendant Kimberly Diehl have filed no opposition to the motion to dismiss.

ORDER GRANTING MOTION TO DISMISS
WITH PREJUDICE - 1

Accordingly, it is **ORDERED**:

1. Allstate's motion to dismiss with prejudice (Dkt. 29) is **GRANTED**.

2. The Clerk is directed to enter judgment and send copies of this Order to the parties.

DATED this 26th day of November, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge